**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Chaslyn Amber Summers-Dunaway, Ronald Robert Mercure, Matthew David Pellett, and Dwayne Paul Dunaway, Defendants,

of whom Matthew Pellett is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-000254

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-249
Submitted May 26, 2016 – Filed June 1, 2016

———————————

**AFFIRMED**

———————————

Heather Michelle Cannon, of Heather M. Cannon, LLC, of Conway, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr.
PC, of Conway, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys
Island, for the Guardian ad Litem.

---

**PER CURIAM:**  Matthew David Pellett appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Pellett's counsel.

**AFFIRMED.**[1]

**HUFF, A.C.J., and KONDUROS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.